UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 07-42-KSF

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                    **OPINION & ORDER**

JAMEL DEMAR MAXBERRY                                                  DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the following *pro se* motions of the defendant, Jamel Demar Maxberry: (1) an August 22, 2007 notice of appeal and motion for an extension of time to appeal his sentence entered on July 26, 2007 [DE # 54]; and (2) a September 14, 2007 motion styled "Motion to Amend Filed 28 U.S.C. § 2255 Pursuant to Federal Rule of Civil Procedure 15(a)." Neither motion, filed *ex parte*, was served upon the United States, and thus, United States has not responded thereto. By order of October 14, 2007, this Court referred both motions to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b)(1)(B).

On November 21, 2007, the Magistrate Judge filed his report and recommendation, recommending that the August 22, 2007 motion be construed as a motion to set aside, vacate, or correct sentence, filed pursuant to 28 U.S.C. § 2255, and that his September 14, 2007 motion styled "Motion to Amend Filed 28 U.S.C. § 2255 motion Pursuant to Federal Rule of Civil Procedure 15(a)" be granted. The Magistrate Judge also recommended that the Clerk of Court be directed to provide the United States with a copy of the foregoing motions, and that the United States file a response within forty (40) days of receipt, and that this action proceed to be considered on the merits.

The petitioner did not file objections to the Magistrate Judge's report and recommendation, and the time for filing same has passed. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's report and recommendation to which objection is made,

28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's report and recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that:

(1) the Magistrate Judge's report and recommendation [DE #58] is **ADOPTED** as and for the opinion of the Court;

(2) the defendant's notice of appeal and motion for extension of time to appeal his sentence [DE # 54], filed on August 22, 2007, shall be **CONSTRUED** as a motion to set aside, vacate, or correct sentence filed pursuant to 28 U.S.C. § 2255;

(3) the defendant's motion filed on September 14, 2007, styled "Motion to Amend Filed 28 U.S.C. § 2255 Pursuant to Federal Rule of Civil Procedure 15(a)" [DE # 55], is **GRANTED**;

(4) the Clerk of Court shall **PROVIDE** the United States with a copy of the foregoing motions [DE ## 54 and 55], as well as this Court order, and the United States shall **FILE** a response thereto within forty (40) days after receipt of same; and

(5) this action shall proceed to be considered on the merits, and consistent with local practice, is **REFERRED** to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) for further consideration.

This December 6, 2007.



Signed By:

<u>Karl S. Forester</u>  *KSF*

**United States Senior Judge**