UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 07-42-KSF

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                          **OPINION & ORDER**

JAMEL DEMAR MAXBERRY                                                                     DEFENDANT

\* \* \* \* \* \* \* \* \* \*

   This matter is before the Court upon the *pro se* motion of the defendant, Jamel Demar Maxberry, construed by the Court as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [DE #54]. By order of October 4, 2007, this Court referred this matter to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b)(1)(B) [DE #56].

   In 2007, Maxberry pled guilty to one count of conspiracy to knowingly and intentionally possess with the intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846 [DE #34]. He was sentenced to 70 months incarceration, to be followed by a five-year term of supervised release [DE #50]. His motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment 706 (effective November 1, 2007) was granted and his sentence was reduced from 70 months to 56 months [DE #67].

   Maxberry subsequently filed his motion to terminate and/or dismiss his § 2255 motion inasmuch as he is satisfied that his sentence now conforms to 18 U.S.C. § 3553(a) and the error by trial counsel raised in his § 2255 motion has been vindicated [DE #68]. Accordingly, the Magistrate Judge entered his Proposed Findings of Fact and Recommendation on January 19, 2010

recommending that Maxberry's motion to terminate his § 2255 motion be granted; that his construed motion to set aside, vacate or correct sentence pursuant to § 2255 be denied as moot; and this matter be dismissed and stricken from the active docket [DE #77].

The Court, upon *de novo* review of this matter, agrees with the Magistrate Judge's recommendation. Accordingly, the Court, being otherwise fully and sufficiently advised, **HEREBY ORDERS**:

(1) The Magistrate Judge's Proposed Findings of Fact and Recommendation are **ADOPTED** as and for the opinion of the Court;

(2) Maxberry's motion to terminate/dismiss his § 2255 motion [DE #68] is **GRANTED**;

(3) Maxberry's motion to vacate, correct or set aside his sentence [DE #54, 55] is **DENIED AS MOOT**;

(4) this matter is **DISMISSED** and **STRICKEN** from the active docket.

This February 9, 2010.



Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**